AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

TAKISHA REID )
)
)
)
)
_Plaintiff(s)_ )
v. ) Civil Action No.
THE CITY OF NEW YORK POLICE DEPT. )
THE CITY OF New York )
NYPD OFFICER GREGORY HOWARD )
JOHN AND JANE DOES 1-5 )
)
_Defendant(s)_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ The City of New York,
NYPD,
NYPD Gregory Howard
100 Church Street
NY, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Vik Pawar, Esq.
20 Vesey Street, Suite 1410
NY, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
_CLERK OF COURT_

Date: _____              _____
_Signature of Clerk or Deputy Clerk_