**LAW OFFICES OF PETER W. TILL**
Peter W. Till, Esq. NJ Attorney ID No.: 002101974
*(Admitted to U.S. District Court, Eastern District*
*Of New York on March 16, 1982)*
105 Morris Avenue – Suite 201
Springfield, New Jersey 07081
(973) 258-0064 telephone
(973) 258-0478 facsimile
pwt@till-law.com
*Attorneys for Defendant,*
   *NYPD Officer Gregory Howard*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| TAKISHA REID, | : | |
| Plaintiff, | : | Case No.: 1:20-cv-03926-FB-PK |
| -against- | : | |
| THE CITY OF NEW YORK POLICE DEPT.,: THE CITY OF NEW YORK, NYPD OFFICER GREGORY HOWARD, JOHN AND JANE DOES 1-5, | : | **NOTICE OF APPEARANCE** |
| | : | |
| Defendants. | | |

The undersigned hereby enters an Appearance on behalf of the Defendant NYPD Officer Gregory Howard in the above captioned matter.

                                                 **LAW OFFICES OF PETER W. TILL**
                                                 *Attorneys for Defendant,*
                                                 *NYPD Officer Gregory Howard*

Dated: November 13, 2020        By: */s/Peter W. Till*
                                                            Peter W. Till