# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**

**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938

www.pawarlaw.com

June 18, 2022

**BY ECF**
The Honorable Peggy Kuo
United States Magistrate Judge

Re: *Reid v. The City of New York, et al.,* 20 CV 3926 (FB) (PK)

Dear Judge Kuo:

Plaintiff has supplemented her responses to the interrogatories. See Exhibits A and B.

With respect to additional information regarding plaintiff's work for the FBI, please note that plaintiff worked for them while she held other jobs as outlined in Exhibit B. Should defendants want additional information about her role with the FBI, plaintiff would move for a protective Order.

Thank you.

Respectfully,

/s
Vik Pawar (VP9101)

Cc: All counsel (by ECF)