UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

TAKISHA REID,

                                                   Plaintiff,

-against-

THE CITY OF NEW YORK POLICE DEPT., THE CITY OF NEW YORK, NYPD OFFICER GREGORY HOWARD, JOHN AND JANE DOES 1-5,

                                                Defendants.

**DECLARATION OF JEFFREY F. FRANK IN SUPPORT OF DEFENDANT CITY OF NEW YORK'S MOTION FOR SUMMARY JUDGMENT**

20-CV-3926 (PK)

------------------------------------------------------------------------------- x

       Jeffrey F. Frank, an attorney duly admitted to practice in the United States District Court for the Southern District of New York, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

       1.    I am an Assistant Corporation Counsel at the New York City Law Department, Office of the Corporation Counsel, and I make this Declaration in support of Defendant City of New York's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. I am fully familiar with the matters set forth herein. In support of its motion, Defendant City submits the exhibits described below.

       2.    Annexed hereto as "*Exhibit A*" is a true and correct copy of excerpts from the New York City Police Department's Internal Affairs Bureau's ("IAB") Investigation File for Log No. 2018-22498, which shows, *inter alia*, that co-defendant Detective Gregory Howard was disciplined in connection with Plaintiff's allegations against him.

       3.    Annexed hereto as "*Exhibit B*" is a true and correct copy of the relevant portions of the transcript of the deposition of co-defendant Detective Gregory Howard, conducted on October 26, 2022.

4. Annexed hereto as "*Exhibit C*" is a true and correct copy of the relevant portions of the transcript of the deposition of Plaintiff, conducted on September 28, 2022.

5. Annexed hereto as "*Exhibit D*" is a true and correct copy of the relevant portions of the transcript of the deposition of non-party Lieutenant Christopher Bannon, conducted on October 26, 2022.

6. Based on a review of Detective Howard's Central Personnel Index Round Robin Report, bearing Bates Stamp Nos. D16–D20; his Civilian Complaint Review Board Officer History, bearing Bates Stamp No. D21; and his IAB Officer Resume, bearing Bates Stamp Nos. D22–D31, no disciplinary allegations similar to Plaintiff's had been made against Detective Howard prior to June 4, 2018.

Dated: New York, New York
April 11, 2023

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007
(212) 356-3541

_____
Jeffrey F. Frank
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **BY E-MAIL**
Vikrant Pawar
*Counsel for Plaintiff*
Pawar Law Group P.C.
20 Vesey Street, Suite 1410
New York, New York 10007
vikrantpawaresq@gmail.com

Devon M. Radlin
*Counsel for Plaintiff*
Offices of Devon M. Radlin
112 West 34th Street, 18th Floor
New York, New York 10120
devon@lawdmr.com

Peter W. Till
*Counsel for Co-Defendant Detective Howard*
105 Morris Avenue, Suite 201
Springfield, New Jersey 07081
pwt@till-law.com