# EXHIBIT A

The materials in defendant City's *Exhibit A* are marked "confidential" pursuant to a Confidentiality Order dated May 24, 2021. ECF No. 20. Therefore, defendant City sought leave to file that document under seal, ECF No. 76, and attached *Exhibit A* to that letter motion. *See* ECF No. 76-1. Defendant City will also provide a courtesy copy of *Exhibit A* to Chambers via e-mail.