# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

TEL (212) 571 0805
FAX (212) 571 0938

www.pawarlaw.com

January 23, 2025

**BY ECF:**
The Honorable Peggy Kuo
Eastern District of New York

Re:   *Reid, v. The City of New York, et al.,* 20 CV 3926 (PK)

Dear Judge Kuo:

    Ms. Devon Radlin, Esq. and I represent the plaintiff in this action.

    Pursuant to Local Civil Rule 1.4(b), we respectfully request that the Court permit us to withdraw as attorneys for the plaintiff.

    We have litigated this case for more than 4 years. We intend to assert a retaining/charging lien for our fees and expenses and costs.

    This case is scheduled for trial on August 11, 2025. The parties entered into settlement discussion following the conference before Your Honor on January 10, 2025. Since then, plaintiff has voiced a desire to terminate our services. I submitted a letter yesterday that requested the Court's permission to file a Declaration for the "Court's eyes only" in support of the motion to withdraw.

    Thank you.

Respectfully,

/s
Vik Pawar
Devon Radlin

Cc:   All counsel (by ECF)
       Plaintiff (by mail and email)