# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

TEL (212) 571 0805
FAX (212) 571 0938

www.pawarlaw.com

January 27, 2025

**BY ECF:**

The Honorable Peggy Kuo
Eastern District of New York

Re:  *Reid, v. The City of New York, et al.,* 20 CV 3926 (PK)

Dear Judge Kuo:

    I write to inform the Court and the parties that I have submitted Declaration in support of motion to withdraw along with two exhibits to Your Honor's email for the "court's eyes only."

    Thank you.

Respectfully,

/s
Vik Pawar

Cc:   All counsel (by ECF)