UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TAKISHA REID,

                Plaintiff,                PARTIAL JUDGMENT

   v.                                                20-CV-3926 (PK)

THE CITY OF NEW YORK, NYPD OFFICER
GREGORY HOWARD, and JOHN AND
JANE DOES 1-5,

                Defendants.
----------------------------------------------------------------X

      A Memorandum and Order of the Honorable Peggy Kuo, United States Magistrate Court, having been filed on December 27, 2024, denying Howard's Motion for Summary Judgment and granting the City's Motion for Summary Judgment; and a Minute Entry having been filed on February 6, 2025, directing the Clerk of Court to enter judgment as to the City accordingly, with reference to the Court's Memorandum and Order; it is

      ORDERED and ADJUDGED that the City's Motion for Summary Judgment is granted; and that all claims against the City have been dismissed.

Dated: Brooklyn, New York                                                Brenna B. Mahoney
       February 7, 2025                                                Clerk of Court

                                                                     By:    */s/Jalitza Poveda*
                                                                              Deputy Clerk