UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
TAKISHA REID,

                 Plaintiff,                          **NOTICE OF**
                                                  **<u>APPEARANCE</u>**

        -against-

                                                 20 CV 3926 (PK)

THE CITY OF NEW YORK, ET AL.,

                 Defendants.
-------------------------------------------------------------------x

           **PLEASE TAKE NOTICE THAT** Vik Pawar, Esq., hereby enters his

appearance as an interested party in this case on the issue of his charging lien.


Dated:  February 28, 2025
       New York, New York 10007



                              Respectfully,

                             /s
                            Vik Pawar
                            www.pawarlaw.com