UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

TAKISHA REID,

                            Plaintiff,                20-CV-03926 (PK)

      -against-                                  **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,

                            Defendants.

------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that **ELISSA BETH JACOBS** hereby appears as counsel of record on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for defendant the City of New York.

Dated:  New York, New York
         July 16, 2025

                                              MURIEL GOODE-TRUFANT
                                              Corporation Counsel of the City of New York
                                              *Attorney for Defendant the City of New York*

                         By:    /s/ Elissa Beth Jacobs
                                 Elissa Beth Jacobs
                                 Senior Counsel
                                 Special Federal Litigation Division
                                 100 Church Street
                                 New York, NY 10007
                                 (212) 356-3540
                                 ejacobs@law.nyc.gov

cc:     All Counsel of record (via ECF)