UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TAKISHA REID,

                              Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                             Defendants.
------------------------------------------------------------------------X

**DECLARATION OF MATTHEW CHRISTIANA IN SUPPORT OF PLAINTIFF'S COUNTERSTATEMENT OF UNDISPUTED FACTS**

20-CV-03927(PK)

**MATTHEW CHRISTIANA**, an attorney duly admitted to practice law before the courts of the State of New York and the United States District Court for the Eastern District of New York, declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

        1.       I am a member of Kopke Christiana & Rastetter LLP, attorneys for Plaintiff Takisha Reid in the above matter. As such, I am fully familiar with the facts and circumstances in conjunction therewith. I make this Declaration in Support of Plaintiff's Counterstatement of Undisputed Facts pursuant to Local Civil Rule 56.1.

        2.       Annexed hereto as <u>Exhibit 1</u> are true and accurate copies of pages from the transcript of the September 28, 2022 deposition of Plaintiff Takisha Reid ("Reid Deposition").

        3.       Annexed hereto as <u>Exhibit 2</u> are true and accurate copies of a selection of pages from the New York Police Department's files concerning Defendant Gregory Howard, including, Defendant Howard's Central Personnel Index, as well as General Investigation Worksheets into Defendant Howard's history of sexual misconduct ("Investigations into Defendant Howard.").

        4.       Annexed hereto as <u>Exhibit 3</u> are true and accurate copies of pages from the N.Y.P.D's Patrol Guide, Procedure No. 212-68, entitled "Confidential Informants."

5. Annexed hereto as Exhibit 4 are true and accurate copies of pages from the transcript of the October 26, 2022 deposition of Defendant Gregory Howard ("Howard Deposition").

6. Annexed hereto as Exhibit 5 are true and accurate copies of pages from the transcript of the October 26, 2022 deposition of N.Y.P.D. Lt. Christopher Bannon ("Bannon Deposition").

7. Annexed hereto as Exhibit 6 is a true and accurate copy of the Final Order of Dismissal of Police Officer Brooks Ingram, publicly available at https://nypdonline.org/files/963077_11212025_2025054.pdf.

Dated: Brooklyn, New York
January 16, 2026

KOPKE CHRISTIANA & RASTETTER LLP

**Via ECF:**

To: Peter Till
pwt@till-law.com
*Attorney for Defendant Howard*

Elissa Beth Jacobs
ejacobs@law.nyc.gov
John McLaughlin
jmclaugh@law.nyc.gov
*Attorney for Defendant City of New York*

By: /s/Matthew Christiana
Matthew Christiana, Esq.
*Attorneys for Plaintiff*
199 Cook Street, Suite 308
Brooklyn, NY 11206
t/f: (917) 451-9525
e: matt@kcrllp.com