# EXHIBIT 2

The materials in Plaintiff's Exhibit 2 are marked "confidential" pursuant to a Confidentiality Order dated May 24, 2021. ECF No. 20. Therefore, Plaintiff sought leave to file that document under seal, ECF No. 129, and attached Exhibit 2 to that letter motion. See ECF No. 129-1.