UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TAKISHA REID,

                Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------------X

**NOTICE OF PLAINTIFF'S MOTION TO REOPEN EXPERT DISCOVERY FOR A LIMITED PURPOSE**

20-CV-03926-PK

      **PLEASE TAKE NOTICE**, that upon the Declaration of Matthew Christiana, dated January 23, 2026 the accompanying Memorandum of Law, dated January 23, 2026, all exhibits annexed hereto; and all prior pleadings and proceedings had herein, Plaintiff Takisha Reid will move this Court, before the Honorable Peggy Kuo, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order reopening expert discovery for a limited time and limited purpose, together with such other and further relief as the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Individual Practice Rules (VI)(A)(2)(c), Defendants' responses, if any, must be served upon Plaintiff and filed within ten (10) business days, or by February 2, 2026, and Plaintiff's reply papers, if any, shall be served and filed, within five (5) business days of any opposition, or by February 9, 2026.

Dated: Brooklyn, New York
January 23, 2026.

                              By:    */s/ Matthew Christiana*
                                      Matthew Christiana
                                      KOPKE CHRISTIANA & RASTETTER LLP
                                      199 Cook Street, Suite 308
                                      Brooklyn New York, 11206

*Attorney for Plaintiff Takisha Reid*

cc:    <u>BY E.C.F.</u>
Peter Till
pwt@till-law.com
*Attorney for Defendant Howard*

Elissa Beth Jacobs
ejacobs@law.nyc.gov
John McLaughlin
jmclaugh@law.nyc.gov
*Attorney for Defendant City of New York*

.