# EXHIBIT 1

# JULIE C. MEDLIN, Ph.D.
# Licensed Psychologist

**Medin Treatment Center**
698 N. Marietta Pkwy.
Marietta, GA 30060
Voice (770) 919-9088
Fax (770) 919-8708
juliemedlin@medlintc.com

## *Career Highlights:*

- Sexual abuse and trauma expert with 30 years of clinical experience

- Forensic evaluator for personal injury cases involving sexual abuse, Wilbanks Child Endangerment and Sexual Exploitation (CEASE) Clinic at the University of Georgia School of Law

- Published author of two treatment manuals, book, articles, and CD on sexual abuse

- Testified 252 times as an expert in juvenile, superior, and federal courts

- Given 67 presentations regarding sexual abuse or sexual deviancy

- Conducted over 5,000 psychosexual or sexual trauma evaluations

- Appeared 8 times in the media as a sexual abuse expert

- Authority to Practice Interjurisdictional Telepsychology, & Temporary Authorization to Practice, (across state lines), granted by PSYPACT Commission

- Certified Clinical Trauma Professional

## EDUCATION

08/85-06/89   **Harvard University**, Cambridge, MA
  *Bachelor of Arts*, *Magna Cum Laude*, 1989
  Major: Psychology

08/91-8/95   **University of Florida**, Gainesville, FL
  Department of Clinical & Health Psychology
  *Area of Concentration:* Forensic Psychology
  *Masters of Science*, Clinical Psychology, August 1993
  *Doctor of Philosophy*, Clinical Psychology, August 1995

9/94-8/95   **University of North Carolina School of Medicine at Chapel Hill**
  Department of Psychiatry and U.S. Dept. of Justice
  Federal Correctional Institution - Butner, N.C.
  Pre-Doctoral Internship Program in Clinical-Forensic Psychology

Medlin, pg. 2

**Honors/Awards:** Distinguished Volunteer Award presented by Prevent Child Abuse Georgia, 2004; Presidential Graduate Research Fellowship, 1991-1994; Harvard Scholarship, 1988; Ford Foundation Research Grant (1988); Radcliffe Public Service Grant (1988); Elizabeth Cary Agassiz Certificate of Academic Achievement with High Distinction (1988); John Harvard Scholarship (1987-88); National Merit Scholarship (1985).

## CURRENT CLINICAL POSITION

**Director,** Medlin Treatment Center (MTC)
(April 1997 to present)

- Founded MTC, a private, outpatient counseling center that offers specialized evaluation and treatment for sexual and physical trauma victims and sexual perpetrators of all ages. MTC also offers general psychological services and evaluations.

- Conduct forensic and clinical evaluations of alleged or confirmed sexual abuse victims and perpetrators, including in criminal and civil cases, as well as in cases of professional sexual misconduct. Served as expert in over 200 personal injury cases, including high-profile national cases.

- Serve as a forensic evaluator for the Wilbanks Child Endangerment and Sexual Exploitation (CEASE) Clinic at the University of Georgia School of Law.

- Provide expert testimony in court cases related to sexual abuse, sexual offending, and general psychological issues. Testified in 252 legal proceedings in juvenile, superior, and federal courts, in 30 counties in Georgia as well as in Illinois, Washington, Florida, North Carolina, Mississippi, Iowa, New Jersey, New York, Indiana, Missouri, Louisiana, Alabama, California, Maryland, and Washington DC. Also served as a forensic consultant for attorneys in Texas, South Carolina, Pennsylvania, West Virginia, Virginia, Arkansas, Alabama, Colorado, Michigan, Missouri, Wisconsin, and Alaska.

- Oversee clinical staff of psychologists and master's level therapists as well as Forensic Team of forensic psychologists

- Serve as Director of MTC's practicum and internship site for master's and doctoral students

- Provide direct clinical supervision to staff who conduct psychosexual, sexual trauma, and psychological evaluations, as well as staff in our sex offender treatment program. Maintain and oversee longstanding contracts with federal and state probation as well as local juvenile courts.

- Collaborated in research study titled "Development of TF-CBT for Problematic Sexual Behavior for Adolescents," with investigators, Melissa Grady, Catholic University of America & Jamie Yoder, Colorado State University, and collaborators Esther Deblinger, Anthony Mannarino, and Georgia Department of Juvenile Justice.

- Lead development of 1Practice, a comprehensive electronic health records, billing, and accounting system for mental health practices

## BOARD MEMBERSHIP & CONSULTING

**President,** Georgia Association for the Treatment of Sexual Abusers, 2002-2004.

**Member of Board of Directors,** Georgia Association for the Treatment of Sexual Abusers, 2002–2004.

**Member,** Georgia Sexual Offender Registration Review Board, 2003–2006.

**Member,** Georgia Child Sexual Abuse Prevention Advisory Council, 2003-2005.

**Consultant,** Georgia Department of Corrections, Probation Division, 2004-2009.

**Member,** Clinical Child and Adolescent Committee, Georgia Psychological Association, 2022-2025.

## PAST CLINICAL WORK & RESEARCH

**Director,** Medlin Training Institute (MTI), 1998-2019

- Founded MTI in 1998. MTI provided specialized training in the areas of sexual abuse and sexual deviancy to mental health and related professions. MTI also offered a CD-ROM, 918-page treatment manual, and workshops to train counselors to run an adult sex offender treatment program. This curriculum has been used in various treatment and correctional settings nationally.

- Conducted educational workshops and trainings to various agencies regarding sexual abuse victims, children who act out sexually, juvenile sex offenders, and adult sex offenders. MTI's services were transferred to Medlin Treatment Center in 2019.

**Program Director,**   Sex Offender Evaluation & Treatment Program,
    Accord Psychological Associates (8/95 - 4/97)

- Founded the Sex Offender Evaluation & Treatment Program which provided
    - comprehensive services for adult sex offenders including evaluations and treatment.  Program was based on a cognitive-behavioral, relapse-prevention treatment model.

- Founded a specialized treatment program for adolescent sex offenders & sexually aggressive children.

Medlin, pg. 4

**Sex Offender Treatment Specialist,**   Sex Offender Treatment Program
Federal Correctional Institution (8/94-8/95)

- Provided individual and group therapy in this nationally recognized sex offender treatment program based on a cognitive-behavioral, relapse-prevention treatment model.

**Assessment Specialist,**   Child Maltreatment Team
University of North Carolina School of Medicine (1/95-4/95)

- Assisted in evaluations involving allegations of physical or sexual abuse of children. Assisted in conducting interviews, collecting information, and writing forensic reports.

**Sex Offender Research,**   Accord Psychological Associates (1996-97)
Florida State Prison System (1992-94)

- Conducted research study with adult sex offenders. Presented paper titled "Codependency as an Interactional Style of Child Molesters" at the Southeastern Psychological Association on 4/4/97.

- Conducted clinical interviews with 200 sex offenders and prison inmates. Conducted extensive psychological testing with the sex offenders. Presented research data at the annual conference of the Association for the Treatment of Sexual Abusers (ATSA) in 1995.

**Treatment with Juvenile Delinquents & Inpatient Adolescents,** Accord Psychological Associates & various psychiatric hospitals

- Conducted numerous court-ordered psychological evaluations. Also conducted individual, group, and family therapy with these juveniles.

- Conducted assessments and individual therapy with inpatient adolescents at two psychiatric hospitals:  Dorothea Dix Hospital in North Carolina and Shands Hospital in Florida. (1/93-8/94 & 5/95-8/95)

**Therapist,** University of Florida Health Science Center, Psychology Clinic & Fear and Anxiety Clinic; Inpatient Psychiatry & Outpatient Psychiatry Clinic, Shands Hospital; VA Hospital  (1/93-8/94)

- Conducted individual, marital, and family psychotherapy with outpatient and inpatient adults and children. Treated patients presenting with a variety of psychological and behavioral disorders. Conducted assessments with children, adolescents, and adults.

**Evaluator,** North Florida Evaluation & Treatment Center (state forensic hospital) (8/93-12/93)

- Conducted competency evaluations, treatment progress evaluations, and "not guilty by reason of insanity" evaluations.

**Program Developer,** Center for Drug Abuse Treatment & Research, Wash. D.C. (2/90-7/91)

- Wrote, edited, and coordinated a 1000-page published cocaine abuse treatment manual for National Institute on Drug Abuse research grant. Wrote numerous other grants for social service projects.

**Community Residence Counselor**, McLean Hospital (2/88-8/89)

- Provided individual & group counseling at three residential treatment programs at a private psychiatric hospital in Boston, Massachusetts

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| 2002-26 | American Professional Society on the Abuse of Children (APSAC) |
| 1997-26 | Georgia Psychological Association (GPA) |
| 1992-26 | American Psychological Association (APA) |
| 2001-23 | American Psychology-Law Society (Division 41, APA) |
| 1995-25 | Association for the Treatment and Prevention of Sexual Abuse (ATSA) |
| 2002-26 | Georgia Association for the Treatment of Sexual Abusers (GATSA) |
| 1995-98 | Georgia Professional Network Against Sexual Aggression (GPNASA) |
| 1992-94 | Florida Psychological Association, Student Affiliate (FPA) |
| 1992-94 | American Psychology-Law Society (Division 41, APA) |

## PRESENTATIONS, PUBLICATIONS & MEDIA APPEARANCES

Medlin, J. *Evaluating and Treating Sexual Trauma and Sexual Behavior Problems*, Mentorship Series, Georgia Psychological Association Graduate Student Committee, 4/2/2025.

Medlin, J. *Sexual Assault of Women in Prison,* Co-presented with Jaehyun Oh, Esq. and Shanna Rifkin, Esq., *Justice Behind Bars: Legal Strategies for Combating Sexual Abuse in Prisons*, New York State Academy of Trial Lawyers, 12/6/2024

Medlin, J. *Supporting Clients (and Yourselves) Coping with Trauma*, 6th Annual Women's Caucus Retreat, North Carolina Advocates for Justice, Winston-Salem, North Carolina, 3/15/2024

Medlin, J. *Overview of Sexual Trauma and Psychosexual Evaluations*, Clinical Child and Adolescent Committee Forum, Georgia Psychological Association, 2/22/2023.

Medlin, J., Shakeshaft, C., Jessup, R. *Educator Sexual Misconduct Litigation: Liability & Damages Experts*, Webinar for North Carolina Advocates for Justice, 11/10/2020.

Medlin, J. Sheppard, S, and Johnson, D. *Expert Testimony*, seminar for the Wilbanks Child Endangerment and Sexual Exploitation Clinic, School of Law, University of Georgia, 1/12/2019.

Medlin, J. & Knauts, S. *Psychosexual Evaluations in TPR Cases*, seminar for the Wilbanks Child Endangerment and Sexual Exploitation Clinic, School of Law, University of Georgia, 1/12/2019.

Medlin, J. *Psychological Evaluations in Sexual Abuse Cases*, seminar for the Wilbanks Child Endangerment and Sexual Exploitation Clinic, School of Law, University of Georgia, 10/19/17.

Medlin, J. *The Use of Mental Health Expert in Child Sexual Abuse Cases,* presentation at the Wilbanks Child Endangerment and Sexual Exploitation Clinic Conference, School of Law, University of Georgia, 1/28/17.

Medlin, J. *Children & Teens Who Act Out Sexually*, presentation at the 9th Annual Children's Advocacy Centers of Georgia Conference, Macon, GA, 11/4/15.

Medlin, J. Interview for *Father Forgive Him*, Documentary Film by Moguldom, 2015.

Medlin, J.  *Assessing Damages in Sexual Abuse Cases Using an Evidenced-Based Approach*, The Verdict: The Journal of the Georgia Trial Lawyers Association, Summer 2014, p. 28-30.

Medlin, J. & Knauts, S. *Avoiding Online Dangers,* Training for parents, Galloway School, Atlanta, 4/21/14.

Medlin, J. *Responsible Living: Sex Offender Treatment Program;* 3 day training for mental health staff at Otero Federal Prison, Chaparral, New Mexico, 1/22/14-1/24/14.

Medlin, J. *Identifying Sexual Abuse in Children*, Training for Paulding County School Nurses, Dallas, GA, 12/12/13.

Medlin, J. & Knauts, S.  *Internet and Cell Phone Safety*, Galloway School, Atlanta, GA, 11/21/13.

Medlin, J. *Responsible Living: Sex Offender Treatment Program;* 3 day training for correctional and mental health staff at Otero Federal Prison, Chaparral, New Mexico, 12/19/12-12/21/12.

Medlin, J. *Working with Sexually Reactive Youth in Residential Treatment,* Training for Devereux Georgia staff, Kennesaw, GA 9/27/12.

Medlin, J. & Knauts, S. *How Can You Protect Your Child from Sexual Abuse?,* sponsored by the Interfaith Children's Movement, Druid Hills Methodist Church, 6/19/12.

Medlin, J. & Knauts, S. *Protecting Children from Sexual Abuse and Pornography*, Georgia Perimeter College, 3/23/12.

Medlin, J. & Knauts, S. *Avoiding Sexual Dangers: How to Protect Your Child from Sexual Abuse*, the Galloway School, 3/13/12.

Medlin, J. et al. *Breaking the Silence: Town Hall Meeting on Sexual Exploitation of Children*, Destiny World Church, 2/18/12.

Medlin, J. & Knauts, S. *How to Protect Children from Sexual Abuse*, NW Georgia System of Care Advisory Council, Calhoun, GA, 2/10/12.

Medlin, J. *Treatment of Juvenile Sex Offenders*, Two day training workshop for residential sex offender treatment program, Successful Transitions, Greensboro, NC. 1/19/12-1/20/12.

Medlin, J. Television Appearance on CNN on *Sexual Abuse Charges and Families* and *The Impact of Sexual Abuse*, 12/10/11.

Medlin J. Television Appearance on CNN on *Penn State Child Abuse Scandal*, 11/12/11.

Medlin, J. & Knauts, S. *Avoiding Sexual Dangers: A Parent's Guide to Protecting Your Child*, CreateSpace, 263-page book, November 2011.

Medlin, J. *Youth Who Act Out Sexually,* DeKalb and Fulton County Child Advocacy Centers, 12/01/10, Atlanta, GA.

Medlin, J. *Working with Juvenile Sex Offenders in Residential Treatment,* 4/28/10, KidsPeace National Center, Bowdon, GA.

Medlin, J. *The Impact of Abuse on Children Who Witness Domestic Violence,* Prosecuting Attorneys' Council of Georgia, Crimes Against Women and Domestic Violence Prosecution Conference, January 21, 2010, Pine Mountain, Georgia.
Medlin, J., Bell, D., Knauts, S. *Youth at High Risk:  Who are these kids and what can we do for them?*  Systems of Care Training by KidsNet Georgia, May 12, 2009, Lake Lanier, Georgia.

Medlin, J. *Panel Discussion:  Becoming Informed Consumers Relative to Juvenile Sex Offender Management in Our Jurisdictions,* Juvenile Court Judges 2008 Spring Seminar, Jekyll Island, May 5-7, 2008.

Medlin. J. *Sexual Trauma in Children,* Sponsored by Devereux, 8/20/07.

Medlin, J. *Care for Children with Sexually Reactive or Offending Behaviors,* Sponsored by Devereux, 5/21/07.

Medlin, J. *Psychosexual and Sexual Trauma Evaluations, and Treatment,* Child Advocacy Centers for Fulton and DeKalb Counties, 08/22/06.

Medlin, J. *Treating Juvenile Sex Offenders,* training provided to clinical staff at Dublin Mental Health Center, 02/16-02/17/06.

Medlin, J. *Supervising Sex Offenders on Probation,* training provided to Georgia Department of Corrections, Probation Division, 9/27/05.

Medlin, J. *Responsible Living: A Sex Offender Treatment Program,* 3-day training provided to Pennsylvania Department of Corrections treatment staff. Elizabethtown, PA 5/25 – 5/27/05.

Medlin, J. *Responsible Living: A Sex Offender Treatment Program,* 3-day training provided to New Mexico Department of Corrections treatment staff. Santa Fe, N.M. 4/13 –4/15/05.

Medlin, J. & Thigpen, S. *Understanding the Sexual Development and Behaviors of Children,* Prevent Child Abuse Georgia 20th Annual Symposium, Atlanta, GA, 7/12/04.

Medlin, J. (served on panel as treatment provider), *The Need for Prevention: An Open Dialogue Between Survivors of Child Sexual Abuse and Recovering Sex Offenders,* Prevent Child Abuse Georgia 20th Annual Symposium, Atlanta, GA, 7/13/04.

Medlin, J. *Assessment and Treatment of Sexual Abuse Victims and Perpetrators,* Half-day workshop at Coastal Harbor Hospital in Savannah, GA, 3/25/04.

Medlin, J. *Treatment of Girls with Sexual Behavior Problems. Treatment of Boys with Sexual Behavior Problems,* Full day workshop for staff training at Coastal Harbor Hospital in Savannah, GA, 3/26/04.

Medlin, J. *Evaluation and Treatment of Juvenile Sex Offenders,* 2-day workshop sponsored by Stop It Now! Georgia, Prevent Child Abuse Georgia, and the Golden Isles Children's Advocacy Center, in Brunswick, GA 3/4/04 & 3/5/04.

Medlin, J. *Child Victims; Psychosexual Assessment Interpretation.* Two presentations at the Collaborating to Serve Our Youth: Sexual Abuse Issues Conference, Dalton, GA, 11/14/03.

Medlin, J. *Treatment Practices at Medlin Treatment Center,* Presentation to the Board of Directors of the Child Advocacy Centers of Georgia, 11/5/03.

Medlin, J. *Sexual Deviancy Across the Life Span,* Presentation to the Georgia Child Sexual Abuse Prevention Advisory Council, 2/18/03.

Medlin, J. *Working with Juvenile Sex Offenders,* Presentation at the 18th Annual Symposium sponsored by Prevent Child Abuse Georgia with APSAC Advanced Training Institutes, 7/23/02.

Medlin, J. *Live and Pre-recorded Interview on CNN Saturday Morning News,* Aired 6/15/02. Educational show on teachers who sexually abused their students.

Medlin, J. *Treating Sex Offenders in the Community,* Presentation to Department of Pardons and Parole, Georgia Department of Corrections, 3/22/02.

Medlin, J. *Recognizing and Intervening in Cases of Child on Child Sexual Abuse,* Workshop presented on 3/8/02 sponsored by Prevent Child Abuse Georgia.

Medlin, J. *Family Reunification in Cases of Incest,* Workshop presented on 3/6/02 sponsored by Prevent Child Abuse Georgia.

Medlin, J. *Working with Sexually Aggressive Youth,* 6-hour workshop on 1/24/02 sponsored by the Anna Crawford Children's Center in Woodstock, GA.

Medlin, J. *The Treatment of Sexually Aggressive Youth,* 3-day intensive training in September 2001 for the staff at the Juvenile Rehabilitation Administration in Washington state.

Medlin, J. *Residential Treatment of the Sexually Reactive Child,* Staff Training at Laurel Heights Hospital, 7/26/01, 8/16/01, 9/6/01.

Medlin, J. *The Evaluation and Treatment of Adolescent Sex Offenders,* 17th Annual Training Symposium sponsored by the Georgia Council on Child Abuse with APSAC Advanced Training Institutes, 7/30/01 in Atlanta.

Medlin, J. *Psychological Characteristics of Child Molesters,* Victim's Conference sponsored by the Criminal Justice Coordinating Council, May 31, 2001 in Atlanta.

Medlin, J. *Sexual Behavior in Children,* Annual Meeting of the Georgia Psychological Association, April 26, 2001 in Atlanta.

Medlin, J. *Responding to Abnormal Sexual Behavior in Children,* Georgia Psychologist, Volume 55, Number 2, Spring, 2001.

Medlin, J. *Effects of Pornography on Children's Sexual Behavior,* Conference entitled "Understanding and Treating Sexual Addictions" sponsored by the Citizens for Community Values, February 2, 2001.

Medlin, J. *Introduction to Theory and Research on Sex Offenders*, Responsible Living Seminar, workshop to train professionals to treat adult sex offenders, sponsored by Medlin Training Institute, February 1, 2001.

Medlin, J. *Sexual Behavior in Children and Adolescents,* Workshop sponsored by the Georgia Association of Homes and Services for Children, October 25, 2000.

Medlin, J. *Working with Sexually Aggressive Children,* 16th Annual Training Symposium with APSAC Advanced Training Institutes, August 1, 2000.

Medlin, J. *Working with Sexually Aggressive Children and Adolescents,* Training workshop for treatment staff at Riverwoods Psychiatric Hospital, June 23, 2000.

Medlin, J. *Clinical Techniques for Breaking Through Denial in Sex Offenders,* 8th Symposium on Violence and Aggression, Saskatoon, Canada, June 12, 2000.

Medlin, J. *Sexually Aggressive Children and Adolescents,* Presentation for workshop sponsored by SafePath Children's Advocacy Center, May 15, 2000.

Medlin, J., Liber, D., & Morgan, J., *Current Themes in Identifying, Prosecuting, and Treating Sexually Aggressive Children*, Georgia Council on Child Abuse, April 28, 2000.

Medlin, J. *Working with Sexually Aggressive Children & Adolescents,* Presentation at Chris Homes, April 10, 2000.

Medlin, J*. Clinical Techniques for Breaking Through Denial.* Association for the Treatment of Sexual Abusers (ATSA) Annual Conference, September 23, 1999, Orlando, FL.

Medlin, J. Appeared on the *Sally Jesse Raphael Show* as expert on sexual deviancy. Show was broadcast in January 2000.

Medlin, J. Radio Shows (as expert on sexual deviancy) on WGRD in Grand Rapids, MI; KARO in Boise, ID; Fox Radio in Denver; September, 1999.

Medlin, J., Hall, J. & Knauts, S. *Clinical Techniques for Breaking Through Denial,* a CD-ROM designed to train clinicians in techniques for addressing denial in adult sex offenders, 1999.

Medlin, J. *The Need for Treatment of Juvenile Offenders.* (October 29 & 30, 1998). Georgia Center for Children's Annual Conference.
Medlin, J. Appeared on the *Montel Williams TV Show* as expert on sexual abuse. Show was broadcast nationally on 11/11/98.

Medlin, J. (editor) Responsible *Living: A Sex Offender Treatment Program,* 918-page treatment manual published by Medlin Training Institute, 1998. Provided training workshops on this treatment program to mental health professionals from around the country.

Medlin, J. *Inappropriate Sexual Behavior in Children* (August 28, 1998). Sponsored by Rockdale & Gwinnett Mental Health Centers.

Medlin, J.  *The Treatment of Children with Sexually Abusive Behaviors* (April 24, 1998).  CCAP Conference, Georgia Council on Child Abuse, Ridgeview Institute.

Medlin, J.  *Sex Offenders:  Supervision and Treatment Issues.*  (6 workshops on:  September 5, November 7, December 16, 1997, February 27, April 3, May 22, 1998).  Specialized/Intensive In-service Training for Probation Officers, Georgia Department of Corrections, Georgia Public Safety Training Center.

Medlin, J.  Interviewed on "Choosing Life," Radio Talk Show on 98.5 FM.  Topic:  Sex Offender Evaluation and Treatment, Aired on February 15, 1998.

Medlin, J.  *Evaluation and Treatment of Sex Offenders.*  January 29, 1998.  Presentation at Brawner South Hospital in Stockbridge, GA.

Medlin, J. and Angstadt, M. *Sex Offender Evaluation and Treatment.*  December 5, 1997.  Presentation to the Georgia Association of District Attorneys.

Medlin, J.  *Sexual Behavior in Children.*  (November 3, 1997).  Training for new foster parents for Clayton County DFACS.

Medlin, J., Mauger, P., James, S., Linvill, J., & Tolleson, L. (1997).  *Codependency as an Interactional Style of Child Molesters*.  Presentation at the Southeastern Psychological Association Annual Conference.

Medlin, J.  (1997, January).  *Sexual Abuse: Treatment of the Victim and Offender.*  Presentation at the Elks-Aidmore Children's Home.

Medlin, J.  (1996, March).  *Sexual Abuse and The Offenders Who Abuse.*  Presentation at Riverwoods Psychiatric Hospital, Southern Regional Hospital.

Medlin, J.  (1995, March) Social *Information Processing in Child Molesters.*  Presentation at the University of North Carolina at Chapel Hill.

Medlin, J. & Goldman, J. (1995, November) *Differences Among Subtypes of Child Molesters on Cognitive Distortions and Other Psychological Variables.*  1995 Conference of the Association for the Treatment of Sexual Abusers.

Medlin, J., Goldman, J., & Perri, M. (Unpublished Manuscript). *Passive Avoidance Learning in Psychopaths: The Effects of Reward and Punishment.*

Medlin, J. & Perri, M.  (1994, July) *Treatment of an Atypical Eating Disorder.*  Presentation at the University of Florida, Dept. of Clinical & Health Psychology Case Conference.
Medlin, J., Goldman, J., & Perri, M. (1993, April) *Passive Avoidance Learning in Psychopaths: The Effects of Three Levels of Reward and Punishment.* Poster presented at the University of Florida Health Center Science Fair, Gainesville, FL.

Hoffman, JA, Caudill, BD, Landry, M, Medlin J.  *Living in Balance:  A Comprehensive Cocaine Abuse Treatment and Relapse Prevention Manual.*  Washington, D.C.: The Koba Institute, 1991.

Medlin, J. & Maher, B. (1989).  (Unpublished manuscript).  *Nonverbal Cue Sensitivity in Psychopaths.*

## CLINICAL VOLUNTEER WORK

**Co-chairperson, Mental Health Committee**, Harvard University (1987-89)

- Recruited and organized volunteers to visit various psychiatric institutions in the area. Visited Metropolitan State Hospital on weekly basis to work with chronically mentally ill patients.

**Guardian Ad Litem Program**, Alachua County, Florida (1992)

- Completed 40-hour training program on legal process in abuse and neglect cases and child custody disputes. Served as a guardian or legal advocate on a child abuse case lasting six months. Wrote reports for court and participated in court proceedings.