

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

January 23, 2026

**BY ECF**
Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

   Re: <u>Takisha Reid v. Gregory Howard, et al.</u>,
     20-CV-3926 (PK)

Your Honor:

  I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing the City of New York, in the above-referenced matter. Defendant City of New York respectfully requests a 14-day extension of the Court-imposed deadline for the City to file its reply in further support of its motion for summary judgment (ECF No. 79), from January 30, 2026 to February 13, 2026. This is the City's first request for an extension of this deadline. Plaintiff and co-defendant Detective Howard consent to this request.

  This request is warranted because undersigned counsel was recently assigned to this matter and, given the complexity of assessing the summary-judgment record, exacerbated by the discontinuity in Plaintiff's representation since discovery took place, additional time is needed to complete review of the record and to prepare an accurate reply responsive to Plaintiff's opposition and Rule 56.1 submissions.

  The requested extension is modest and will not prejudice Plaintiff. It is also not expected to affect any other existing dates or deadlines; accordingly, no revised scheduling order is requested.

The City thanks the Court for its time and consideration of this matter.

                        Respectfully Submitted,

                        *John McLaughlin* /s/

                        John McLaughlin
                        *Assistant Corporation Counsel*

Cc:    **VIA ECF**
        *All counsel of record.*

ii