# Kopke Christiana & Rastetter LLP

<div style="text-align: center;">
199 Cook Street, Suite 308
Brooklyn, NY 11206
t/f: (917) 451-9525
e: office@kcrllp.com
</div>

**BY ECF**                                                                 January 23, 2026
Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: Takisha Reid v. City of New York, et al., 20-CV-3926 (PK)*

Your Honor:

By this letter, Plaintiff respectfully requests that this Court's Motion Hearing regarding Plaintiff's Motion to Reopen Expert Discovery [ECF No. 131] currently scheduled for January 30, 2026 at 10:30 a.m. be adjourned for 7 days, until February 6, 2026 at 10:30 a.m. I make this request because I will be out of the country on a pre-planned vacation from January 24, 2026 through February 3, 2026. This is the first request of its kind.

Defendant City and Defendant Howard both consent to this request.

Thank you for your time and consideration of this request.

<div style="margin-left: 50%;">
Respectfully submitted,

*Matthew Christiana*
Matthew W. Christiana
Kopke Christiana & Rastetter LLP
*Counsel for Plaintiff*
</div>