UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

TAKISHA REID,

                              Plaintiff,

          -against-

THE CITY OF NEW YORK, et al.,

                             Defendants.

------------------------------------------------------------------------------- x

**DECLARATION OF JOHN MCLAUGHLIN IN FURTHER SUPPORT OF DEFENDANT CITY OF NEW YORK'S MOTION FOR SUMMARY JUDGMENT**

20-CV-3926 (PK)

      **JOHN MCLAUGHLIN**, an attorney duly admitted to practice in the State of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1. I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York in this matter. As such, I am familiar with the facts and circumstances of this action. I make this declaration to place the relevant documents on the record in further support of Defendant's motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

      2. Attached hereto as "Exhibit E" is a true and correct copy of additional excerpts from the New York City Police Department's Internal Affairs Bureau's ("IAB") Investigation File for Log No. 2018-22498, which show, *inter alia*, that Plaintiff's inference that "C.I 1" was a confidential informant of co-defendant Gregory Howard during the timeframe relevant to this action is unsupported by the record.

3. Annexed hereto as "Exhibit F" is a true and correct copy of additional relevant portions of the transcript of the deposition of co-defendant Detective Gregory Howard, conducted on October 26, 2022.

4. Annexed hereto as "Exhibit G" is a true and correct copy of additional relevant portions of the transcript of the deposition of Plaintiff, conducted on September 28, 2022.

Dated:   New York, New York
         February 13, 2026

                                                  STEVEN BANKS
Corporation Counsel of the City of New York
*Attorney for Defendant the City of New York*
100 Church Street
New York, New York 10007
(212) 356-2670


By:   /s/   *John McLaughlin*
       John McLaughlin
       *Assistant Corporation Counsel*


To:   **VIA ECF**
     *All counsel of record.*

20-CV-3926 (PK)

| |
|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK |
| TAKISHA REID,<br><br>                                                              Plaintiff,<br><br>     -against-<br><br>DETECTIVE GREGORY HOWARD, and THE CITY OF NEW YORK,<br><br>                                                           Defendants. |
| **DECLARATION OF JOHN MCLAUGHLIN IN FURTHER SUPPORT OF DEFENDANT CITY OF NEW YORK'S MOTION FOR SUMMARY JUDGMENT** |
| **STEVEN BANKS**<br>Corporation Counsel of the City of New York<br>*Attorney for Defendant the City of New York*<br>100 Church Street<br>New York, New York 10007<br><br>Of Counsel: John McLaughlin<br>Tel: (212) 356-2670 |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y.  ............................................, 2026*<br><br>*........................................................................Esq.*<br><br>*Attorney for ...........................................................* |