# Exhibit E

*Additional IAB Files*

*The materials in defendant City's Exhibit E are marked "confidential" pursuant to a Confidentiality Order dated May 24, 2021. ECF No. 20. Therefore, defendant City sought leave to file that document under seal, ECF No. 134, and attached Exhibit E to that letter motion. See ECF No. 134-1. Defendant City will also provide a courtesy copy of Exhibit E to Chambers via e-mail.*