UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

TAKISHA REID,

                               Plaintiff,

       -against –

THE CITY OF NEW YORK, et al.,

                             Defendants.

-----------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

20-CV-3926 (PK)

       **PLEASE TAKE NOTICE** that **JONATHAN HUTCHINSON**, Senior Counsel,

hereby appears as counsel of record on behalf of Steven Banks, Corporation Counsel of the City

of New York, attorney for defendant the City of New York. I certify that I am admitted to practice

before this Court.

Dated: New York, New York
       April 28, 2026

                            **STEVEN BANKS**
                            Corporation Counsel of the City of New York
                            *Attorney for Defendant the City of New York*
                            100 Church Street
                            New York, New York 10007
                            (212) 356-2410
                            jhutchin@law.nyc.gov

              By:       */s/ Jonathan Hutchinson*
                         Jonathan Hutchinson
                         *Senior Counsel*
                         Special Federal Litigation Division

cc:    **BY ECF**
       Counsel of Record